IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Crystal Woods,<br><br>               Plaintiff,<br><br>   v.<br><br>Collections U.S.A., Inc.,<br><br>               Defendant, | O R D E R<br><br>No. CIV-11-1698-PHX-SRB |

      Plaintiff having filed a Notice of Settlement;

      IT IS ORDERED that this matter will be dismissed with prejudice within 60 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

      DATED this 3rd day of October, 2011.

                                                         Susan R. Bolton<br>
                                                  United States District Judge