Marshall Meyers (020584)
WEISBERG & MEYERS, LLC
5025 North Central Ave., #602
Phoenix, AZ 85012
602 445 9819
866 565 1327 facsimile
mmeyers@AttorneysForConsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Crystal Woods, | ) | Case No. 2:11-cv-01698-SRB |
| | ) | |
| Plaintiff, | ) | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Collections U.S.A., Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the

District Court of Arizona, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy

of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 21st day of October, 2011.

By:s/Marshall Meyers
**Marshall Meyers**
**WEISBERG & MEYERS, LLC**
**5025 North Central Ave., #602**
**Phoenix, AZ 85012**
**602 445 9819**
**866 565 1327 facsimile**
**mmeyers@AttorneysForConsumers.com**
**Attorney for Plaintiff**

Notice of Dismissal  - 1

1    Filed electronically on this 21st day of October, 2011, with:

2
     United States District Court CM/ECF system
3

4

5    By: s/Jessica DeCandia
         Jessica DeCandia
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28